**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

October 09, 2014

Hon. Scott Greenbaum
Willacy County and District Attorney's Office
546 W. Hidalgo Avenue, 2nd Floor
Raymondville, TX 78580

Hon. Bernard W. Ammerman
District Attorney
546 W. Hidalgo Ave - 2nd Floor
Raymondville, TX 78580
* DELIVERED VIA E-MAIL *

Hon. Kelly K. McKinnis
Attorney at Law
3423 W. Alberta Rd
Edinburg, TX 78539
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-12-00696-CR
Tr.Ct.No. 2011-CR-00096-A
Style:    JUAN FRANCISCO MALDONADO v. THE STATE OF TEXAS

Enclosed please find the opinion and judgment issued by the Court on this date.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch
Enc.
cc:    State Prosecuting Attorney (DELIVERED VIA E-MAIL)
       197th District Court (DELIVERED VIA E-MAIL)
       Hon. Gilbert Lozano, Willacy County District Clerk (DELIVERED VIA E-MAIL)
       Hon. J. Rolando Olvera Jr., Presiding Judge, Fifth Administrative Judicial Region
       (DELIVERED VIA E-MAIL)